**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffery C. Cunningham<br>Donna Mae Cunningham<br>Debtor(s) | BK NO. 21-01757 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

      Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
23 Aug 2021, 13:56:02, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322