Certificate Number: 05781-PAM-DE-035976420

Bankruptcy Case Number: 21-01757


05781-PAM-DE-035976420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2021, at 3:07 o'clock PM PDT, Jeffery Cunningham completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 8, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President