United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffery C Cunningham  
Donna Mae Cunningham  
    Debtors

Case No. 21-01757-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 10, 2021      Form ID: ntcnfhrg      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery C Cunningham, Donna Mae Cunningham, 58 Carlisle Road, Newville, PA 17241-9415 |
| 5429595 | + | Bureau of Account Management, 3607 Rosemont Avenue #502, Camp Hill, PA 17011-6943 |
| 5429597 | + | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5429598 | | Daniel Santucci, Esq., Midland Credit Management, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 5429600 | + | Friendship Hose Company 1, PO Box 539, Mechanicsburg, PA 17055-0539 |
| 5429602 | + | Hayt, Hayt & Landau LLC, 2 Industrial Way West, Meridian Center 1, Eatontown, NJ 07724-2279 |
| 5429603 | | Hershey Kidney Specialists Inc, 4700 Union Deposit Road, Suite 240, Harrisburg, PA 17111-3774 |
| 5434807 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5434086 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5429610 | + | Midland Mtg/Midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 5429611 | + | Phillips & Cohen Associates LTD, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5429612 | + | Radius Global Solution, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |
| 5429613 | | Tate & Kirlin Associates, Inc., 580 Middletown Blvd, Suite 240, Langhorne, PA 19047-1827 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5430545 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 10 2021 18:46:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5432126 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 18:46:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5429596 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 18:46:37 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5429599 | | Email/Text: operationsclerk@easypayfinance.com | Sep 10 2021 18:45:00 | Easypay/dvra, 3220 Executive Ridge, Vista, CA 92081 |
| 5429601 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 10 2021 18:46:00 | Gm Financial, 200 Bailey Ave, Fort Worth, TX 76107-1210 |
| 5429604 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2021 18:46:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 5429605 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 18:46:44 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5430719 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 18:46:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5429606 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 18:46:38 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5433077 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2021 18:46:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| | | | | |
|---|---|---|---|---|
| 5429607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2021 18:46:38 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5429608 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2021 18:46:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5429609 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2021 18:46:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5432374 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2021 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5431018 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2021 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph Quinn | on behalf of Debtor 2 Donna Mae Cunningham CourtNotices@RQPlaw.com general@RQPlaw.com |
| Joseph Quinn | on behalf of Debtor 1 Jeffery C Cunningham CourtNotices@RQPlaw.com general@RQPlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Jeffery C Cunningham,<br>**Debtor 1**<br><br>Donna Mae Cunningham,<br>**Debtor 2** | Chapter 13<br><br>Case No.  1:21−bk−01757−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 6, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 13, 2021<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JoanGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 10, 2021 |

ntcnfhrg (08/21)