UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                      Bankr. Case No. 21-01757-HWV-13

Jeffery C Cunningham and Donna Mae Cunningham                    Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                              Americredit Financial Services, Inc. dba GM Financial
                              PO Box 183853
                              Arlington, TX  76096

                              By  /s/  Mandy Youngblood

                              Mandy Youngblood
                              PO Box 183853
                              Arlington, TX  76096
                              877-203-5538
                              877-259-6417
                              Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-01757-HWV-13

Jeffery C Cunningham and Donna Mae Cunningham  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 7, 2021 :

| | |
|---|---|
| JOSEPH QUINN<br>192 S. Hanover Street<br>Suite 101<br>Pottstown, PA 19464 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx00110 / 1045669