UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey C. Cunningham and : Chapter 13
Donna Mae Cunningham, :
Debtors : No.: 1:21-bk-01757-HWV

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' Supplement to Schedule J for Chapter 13 Post Petition Expenses was forwarded on October 8, 2021, as follows:

*Via first class mail, postage pre-paid to the following parties:*

Angela Walmsley, Bankr. Spec.
Midland Credit Management, Inc.
PO Box 2037
Warren MI 48090

Ryan Bell, President
Midland Credit Management, Inc.
350 Camino De La Reina, Suite 100
San Diego, CA 92108

Ashley Boswell, Paralegal
Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118

Mandy Youngblood, Claim Filer
AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

All other parties on the attached matrix not otherwise notified via electronic filing (ECF) notification

1

*Via Electronic Filing (ECF) to the following parties:*

Rebecca Ann Solarz, Esquire on behalf of Midfirst Bank
bkgroup@kmllawgroup.com

Jack N Zaharopoulos, Esquire, Chapter 13 Trustee
TWecf@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

                                              **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
          Joseph Quinn, Esquire
          Attorney I.D. No. 307467
          192 S. Hanover Street, Suite 101
          Pottstown, PA 19464
          T: 610.323.5300
          F: 610.323.6081
          JQuinn@rqplaw.com
Date: October 8, 2021          Counsel for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:21-bk-01757-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Oct  8 10:09:58 EDT 2021 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| Bureau of Account Management<br>3607 Rosemont Avenue #502<br>Camp Hill, PA 17011-6943 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa N<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Commercial Acceptance<br>2300 Gettysburg Road<br>Camp Hill, PA 17011-7303 | Donna Mae Cunningham<br>58 Carlisle Road<br>Newville, PA 17241-9415 | Jeffery C Cunningham<br>58 Carlisle Road<br>Newville, PA 17241-9415 |
| Daniel Santucci, Esq.<br>Midland Credit Management<br>1 International Plz Fl 5<br>Philadelphia, PA 19113-1510 | (p)EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD CA 92018-2549 | Friendship Hose Company 1<br>PO Box 539<br>Mechanicsburg, PA 17055-0539 |
| Gm Financial<br>200 Bailey Ave<br>Fort Worth, TX 76107-1210 | Hayt, Hayt & Landau LLC<br>2 Industrial Way West<br>Meridian Center 1<br>Eatontown, NJ 07724-2279 | Hershey Kidney Specialists Inc<br>4700 Union Deposit Road, Suite 240<br>Harrisburg, PA 17111-3774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>C/o Resurgent Capital Services<br>PO Box 10466<br>Greenville, SC 29603-0466 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| Midland Credit Managem<br>320 East Big Beaver<br>Troy, MI 48083-1238 | Midland Credit Management<br>320 East Big Beaver<br>Troy, MI 48083-1238 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Mtg/Midfirst<br>Pob 268959<br>Oklahoma City, OK 73126-8959 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Phillips & Cohen Associates LTD<br>1002 Justison Street<br>Wilmington, DE 19801-5148 |

| | | |
|---|---|---|
| Joseph Quinn<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street<br>Suite 101<br>Pottstown, PA 19464-6096 | Radius Global Solution<br>9550 Regency Square Blvd<br>Jacksonville, FL 32225-8116 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Tate & Kirlin Associates, Inc.<br>580 Middletown Blvd, Suite 240<br>Langhorne, PA 19047-1827 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Easypay/dvra<br>3220 Executive Ridge<br>Vista, CA 92081 | Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 |
| Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Americredit Financial Services, Inc. Dba G<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | (u)MIDFIRST BANK | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39