UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY C. CUNNINGHAM and          :   CHAPTER 13
DONNA MAE CUNNINGHAM               :
    Debtor(s)                              :
                                           :
JACK N. ZAHAROPOULOS                       :
STANDING CHAPTER 13 TRUSTEE               :
    Movant                                 :
                                           :
    vs.                                    :
                                           :
JEFFREY C. CUNNINGHAM and                  :
DONNA MAE CUNNINGHAM               :
    Respondent(s)                          :   CASE NO.   1-21-bk-01757


<u>TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN</u>

      AND NOW, this  21st  day of October, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.   Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, the debtor has excess non-exempt equity in the following:

      a.   Residential real estate – joint claims (Claims 4-1, 6-2 and 11-1)

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.   Deny confirmation of debtor(s) plan.
      b.   Dismiss or convert debtor(s) case.
      c.   Provide such other relief as is equitable and just.

      Respectfully submitted:

      Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097


      BY:    /s/James J. Jones
             Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  21st  day of October, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Joseph Quinn, Esquire
192 South Hanover Street, Suite 101
Pottstown, PA   19464

                       /s/Deborah A. Behney
                       Office of Jack N. Zaharopoulos
                       Standing Chapter 13 Trustee