IN THE U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jeffery C. Cunningham and : Chapter 13
Donna Mae Cunningham, :
Debtors : Bankruptcy No.: 1:21-bk-01757-HWV

**CERTIFICATE OF NO OBJECTION**

The undersigned does hereby certify:

1. That I am the attorney for Jeffery C. Cunningham and Donna Mae Cunningham, Debtors in the above-captioned matter.

2. That a motion to approve mortgage loan modification was filed with the Court on December 30, 2021.

3. That a copy of the Motion, along with a Notice of Motion were served on parties in interest on December 30, 2021.

4. That a certificate of service was filed with the court on December 30, 2021 declaring timely service to the above-referenced parties.

5. An objection to the Motion was due on or before January 20, 2022.

6. No objection to said Motion has been received as of January 26, 2022.

ROSS, QUINN & PLOPPERT, P.C.

BY: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date: January 26, 2022  JQuinn@rqplaw.com