THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Jeffery C. Cunningham and : Chapter 13
Donna Mae Cunningham, :
       Debtors : No. : 1:21-bk-01757-HWV
 :
Jeffery C. Cunningham and :
Donna Mae Cunningham, :
       Objector :
   vs. :
 :
Midland Credit Management, Inc. :

## CERTIFICATE OF NO OBJECTION

The undersigned does hereby certify:

1. That I am the attorney for Jeffery C. Cunningham and Donna Mae Cunningham, Debtors in the above-captioned matter.

2. That an objection to claim no. 6 was filed with the Court on January 25, 2022.

3. That a copy of the Notice of Objection, Objection to claim no. 6 and proposed order were served on parties in interest on January 25, 2022.

4. That a certificate of service was filed with the court on January 25, 2022 declaring timely service to the above-referenced parties.

5. A response to the Objection was due on or before February 24, 2022.

6. No response to said Objection has been received as of March 1, 2022.

                         ROSS, QUINN & PLOPPERT, P.C.

                         BY:   */s/ Joseph Quinn*
                               Joseph Quinn, Esquire
                               Attorney I.D. No. 307467
                               192 S. Hanover Street, Suite 101
                               Pottstown, PA 19464
                               T: (610) 323 - 5300
                               F: (610) 323 - 6081
Date: <u>March 1, 2022</u>                 JQuinn@rqplaw.com