United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01757-HWV |
| Jeffery C Cunningham | Chapter 13 |
| Donna Mae Cunningham | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Angela Walmsley Bankr Spec., Midland Credit Management Inc, PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 18:49:00 | Ryan Bell CEO, Midland Credit Management Inc, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Joseph Quinn | on behalf of Debtor 2 Donna Mae Cunningham CourtNotices@RQPlaw.com general@RQPlaw.com |

| | | |
|---|---|---|
| Joseph Quinn | | on behalf of Debtor 1 Jeffery C Cunningham CourtNotices@RQPlaw.com general@RQPlaw.com |
| Rebecca Ann Solarz | | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jeffery C. Cunningham and | : | Chapter 13 |
| Donna Mae Cunningham, | : | |
| Debtors | : | No. : 1:21-bk-01757-HWV |

## **ORDER**

After review of the objection filed by Debtors Jeffery C. Cunningham and Donna Mae Cunningham to claim No. 6 filed by Midland Credit Management, Inc. and any response thereto, and after opportunity for hearing, it is hereby ORDERED:

Claim No. 6 filed by Midland Credit Management, Inc. is deemed to be a general unsecured claim of only Jeffery C. Cunningham.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 3, 2022