Brian K. Jordan
bjordan@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF PENNSYLVANIA - HARRISBURG DIVISION

| | |
|---|---|
| In re<br><br>JEFFERY C CUNNINGHAM and DONNA MAE CUNNINGHAM,<br><br>Debtor, | Case No. 1:21-bk-01757-HWV<br><br>Chapter 13<br><br>**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MIDFIRST BANK ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 12/7/2021 in connection with Claim No. 09 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error.

Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: December 12, 2022      /s/Brian K. Jordan
Brian K. Jordan
**AGENT FOR MIDFIRST BANK**

- 1 -  CASE NO. 1:21-BK-01757-HWV
**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

Case 1:21-bk-01757-HWV    Doc 47    Filed 12/14/22    Entered 12/14/22 12:40:15    Desc
Main Document    Page 1 of 3

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA - HARRISBURG DIVISION

| | |
|---|---|
| In re<br><br>JEFFERY C CUNNINGHAM and<br>DONNA MAE CUNNINGHAM,<br><br>Debtor(s). | Case No. 1:21-bk-01757-HWV<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Sarah Valdez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On December 14, 2022, I caused the NOTICE OF WITHDRAW OF THE NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Sarah Valdez
SARAH VALDEZ

PROOF OF SERVICE

- 1 -

# SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Jeffery C Cunningham
Donna Mae Cunningham
58 Carlisle Road
Newville, PA 17241

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Joseph Quinn

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Jack N Zaharopoulos

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee