United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                           Case No. 21-01757-HWV

Jeffery C Cunningham                                                              Chapter 13

Donna Mae Cunningham

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                          Page 1 of 3

Date Rcvd: Nov 20, 2025                  Form ID: 3180W                           Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffery C Cunningham, Donna Mae Cunningham, 58 Carlisle Road, Newville, PA 17241-9415 |
| 5429600 | + | Friendship Hose Company 1, PO Box 539, Mechanicsburg, PA 17055-0539 |
| 5429603 | | Hershey Kidney Specialists Inc, 4700 Union Deposit Road, Suite 240, Harrisburg, PA 17111-3774 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 18:57:58 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5430545 | | EDI: PHINAMERI.COM | Nov 20 2025 23:47:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5436879 | + | EDI: PHINAMERI.COM | Nov 20 2025 23:47:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| 5429595 | ^ | MEBN | Nov 20 2025 18:43:31 | Bureau of Account Management, 3607 Rosemont Avenue #502, Camp Hill, PA 17011-6943 |
| 5432126 | | EDI: CAPITALONE.COM | Nov 20 2025 23:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5429596 | + | EDI: CAPITALONE.COM | Nov 20 2025 23:47:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5429597 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 20 2025 18:47:00 | Commercial Acceptance, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5429598 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Daniel Santucci, Esq., Midland Credit Management, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 5429599 | | Email/Text: operationsclerk@easypayfinance.com | Nov 20 2025 18:47:00 | Easypay/dvra, 3220 Executive Ridge, Vista, CA 92081 |
| 5429601 | + | EDI: PHINAMERI.COM | Nov 20 2025 23:47:00 | Gm Financial, 200 Bailey Ave, Fort Worth, TX 76107-1210 |
| 5429602 | ^ | MEBN | Nov 20 2025 18:43:28 | Hayt, Hayt & Landau LLC, 2 Industrial Way West, Meridian Center 1, Eatontown, NJ 07724-2279 |
| 5429604 | | EDI: JEFFERSONCAP.COM | Nov 20 2025 23:47:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 5434807 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 20 2025 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5429605 | + | EDI: JPMORGANCHASE | Nov 20 2025 23:47:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 5430719 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 18:58:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5429606 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 18:56:52 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5433077 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2025 18:56:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5429607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2025 18:56:49 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5434086 | + | EDI: AISMIDFIRST | Nov 20 2025 23:47:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5429608 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5429609 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5432374 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5429610 | + | EDI: AISMIDFIRST | Nov 20 2025 23:47:00 | Midland Mtg/Midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 5441262 | | EDI: PRA.COM | Nov 20 2025 23:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5431018 | | EDI: PENNDEPTREV | Nov 20 2025 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5429611 | + | Email/Text: pcabkt@phillips-cohen.com | Nov 20 2025 18:47:00 | Phillips & Cohen Associates LTD, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5429612 | + | Email/Text: ngisupport@radiusgs.com | Nov 20 2025 18:47:00 | Radius Global Solution, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |
| 5429613 | ^ | MEBN | Nov 20 2025 18:43:19 | Tate & Kirlin Associates, Inc., 580 Middletown Blvd, Suite 240, Langhorne, PA 19047-1876 |
| 5440238 | | EDI: AIS.COM | Nov 20 2025 23:47:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5436880 | *+ | Americredit Financial Services, Inc. Dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Janet M. Spears | |
| | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com  JSpears@ecf.courtdrive.com |
| Joseph Quinn | |
| | on behalf of Debtor 2 Donna Mae Cunningham CourtNotices@RQPlaw.com  general@RQPlaw.com |
| Joseph Quinn | |
| | on behalf of Debtor 1 Jeffery C Cunningham CourtNotices@RQPlaw.com  general@RQPlaw.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jeffery C Cunningham** | Social Security number or ITIN    xxx–xx–9238 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Donna Mae Cunningham** | Social Security number or ITIN    xxx–xx–1868 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:21–bk–01757–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffery C Cunningham                                    Donna Mae Cunningham

**By the court:**

11/20/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:21-bk-01757-HWV    Doc 59    Filed 11/22/25    Entered 11/23/25 00:25:39    Desc
Imaged Certificate of Notice    Page 6 of 6